UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In Re:
Michael Britton Sr.
Debtor(s)                                                                                   Case No. 18-22441-jra

**NOTICE OF MOTION FOR DEPOSIT OF FUNDS
INTO U. S. TREASURY FUND 6047BK**

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $4,454.07 into U. S. Treasury Fund 6047BK for the following reasons:

1.  That the debtor herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.

2.  That the debtor's case was dismissed in June 2019 and a refund check was sent to the Debtor in the amount of $4,454.07 in July 2019.

3.  To date said check remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $4,454.07 into U.S. Treasury Fund 6047BK on behalf of Debtor, Michael Britton Sr. whose last known address was 1344 Hanley St., Gary, IN 46406

/s/ Paul R. Chael
Paul R. Chael, Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2020, service of a true and complete copy of the above and foregoing pleading or paper was made upon the following by electronic service:

U.S. Trustee
Debtor Attorney – Geraci Law L.L.C.

and upon the following by depositing the same in the United States mail, envelopes properly addressed to each of them and with sufficient first-class postage affixed.

Debtor:   Michael Britton Sr., 1344 Hanley St., Gary, IN 46406

/s/ Paul R. Chael
401 West 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015