UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| MICHAEL LUTHER BRITTON, SR. ) | Case No. 18-22441 |
| ) | Chapter 13 |
| Debtor(s) ) | |

**ORDER**

There having been no objection following appropriate notice and the court being satisfied the application and supporting documentation demonstrate claimant's entitlement to release of the funds sought, see, N.D. Ind. L.B.R. B-3011-1, Michael Luther Britton, Sr.'s Application for Release of Unclaimed Funds is GRANTED.

The Clerk shall disburse the unclaimed funds deposited in the United States Treasury FUND #6047BK in the amount of $4454.07 to Michael Luther Britton, Sr., 4024 Lincoln St., Gary IN 46408, following receipt, if applicable, of a completed IRS W9 form bearing the claimant's tax identification number. The funds will be disbursed no earlier than 14 days after entry of this order.

SO ORDERED.

Dated:  August 4, 2023

*James R. Ahler* CO221
Judge, United States Bankruptcy Court