# Notice Recipients

District/Off: 0755−2  User: admin  Date Created: 8/4/2023
Case: 18−22441−jra  Form ID: pdf004  Total: 3

**Recipients of Notice of Electronic Filing:**
aty    Lavita R. Ball    mer@geracilaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
United States Attorney    5400 Federal Plaza Suite 1500    Hammond, IN 46320
Michael Luther Britton Sr.    4024 Lincoln St    Gary, IN 46408

TOTAL: 2