# Notice of change of Address from Debtor

To whom it may concern:

I Michael Britton Sr, I'm entering this W9 document for a change of address for case # 18-22441-JRA.

The case is closed, but this is in regards to document 69 signed by the judge.

RECEIVED 2023AUG8
**** CLERK, US COURT, INNB ****

Previous Add.
4024 Lincoln St
Gary IN 46408

New Add
1344 Hanley St
Gary IN 46406

*[signature]*
Aug. 7, 2023